# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **JUDDS BROTHERS CONSTRUCTION CO.**, a Nebraska Corporation;<br><br>Plaintiff,<br><br>vs.<br><br>**MERSINO DEWATERING, INC.**, a Michigan Corporation;<br><br>Defendant. | 8:16CV1<br><br>ORDER |

This matter is before the Court on the Motion to Disqualify Plaintiff's Proposed Expert John Judds, ECF No. 57, filed by Defendant Mersino Dewatering, Inc. On March 3, 2017, Plaintiff Judds Brothers Construction Co. filed notice, ECF No. 63, that it was withdrawing John Judds as a proposed expert. Plaintiff stated that it may still call John Judds as a fact witness. *See id.* Thus, Defendant's motion will be denied as moot. Accordingly,

IT IS ORDERED: Defendant Mersino Dewatering, Inc.'s Motion to Exclude Plaintiff's Proposed Expert John Judds, ECF No. 57, is denied as moot.

Dated this 13th day of March, 2017.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge